|  | CHAPTER 13 PLAN | Case No. _____ |

Debtor(s): **Jackson, Jermaine B**     SS#: **6147**     Net Monthly Earnings: $ **820.00**
            **Jackson, Frances A**     SS#: **8637**     Number of Dependents: **0**

I. Plan Payments:
   **[X]** Debtor(s) propose to pay direct a total of $ **815.00** **[ ]** weekly **[ ]** biweekly **[ ]** semi-monthly **[X]** monthly into the plan; or
   **[ ]** Payroll deduction order to:

Length of plan is approximately **60** months, and the total debt to be paid through the plan is approximately $ **48,900.00**.

II. From the payments received, the trustee shall make disbursements to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| **None** | | | |

B. Total Attorney Fee: $ **1,500.00.**

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | To be Paid By | Regular Payment to Begin | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Pay-ment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Capital One Auto Finance** | 270.00 | 27,000.00 | 26,000.00 | 0.00 | 2012 Dodge Ram | 5.25 | 539.27 | 2 |
| **Headwaters Financial Corp** | 100.00 | 10,218.43 | 10,200.00 | 218.43 | Harley Sportster | 5.25 | 199.73 | 2 |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **Price Auto** | 350.00 | 0.00 | Pontiac G6 - Daughter's vehicle | **Will be paid for soon, adult daughter's car, daughter makes the payments** |

IV. Special Provisions:**[X]** This is an original plan. **[ ]** This is an amended plan replacing plan dated _____. **[X]** This plan proposes to pay unsecured creditors pro-rata **[ ]** Other provisions: Attorney fees to be paid through the plan.
(1) All creditors being paid non-plan direct are hereby granted relief to continue to send monthly invoice, statements, and payments requests to facilitate these monthly maintenance payments.
(2) Debtor proposes to pay direct because Debtors receive S.S and VA Benefits, and no payroll income.
Property to be Surrendered. The Debtor(s) shall surrender the property securing the liens of the following creditors set forth below.

| Creditor | Collateral |
|---|---|
| **1st Franklin Financial** | **250 Kawasaki Ninja** |

Dated: **January 19, 2015**                /s/ Jermaine B Jackson
                                                                Signature of Debtor
/s/ Damon Smith                                      /s/ Frances A Jackson
Signature of Attorney                       Signature of Spouse (if applicable)

**Damon Smith & Associates LLC.**
**126 East Tennessee St.**
**Florence, AL  35630-5623**
**(256) 718-2311**