**AMENDED CHAPTER 13 PLAN**     Case No. **15-80150**

Debtor(s): **Jackson, Jermaine B**    SS#: **6147**    Net Monthly Earnings: $ **820.00**
          **Jackson, Frances A**    SS#: **8637**    Number of Dependents: **1**

I. Plan Payments:

**[X]** Debtor(s) propose to pay direct a total of $ **815.00** **[ ]** weekly **[ ]** biweekly **[ ]** semi-monthly **[X]** monthly into the plan; or
**[ ]** Payroll deduction order to:

Length of plan is approximately **60** months, and the total debt to be paid through the plan is approximately $ **48,900.00**.

II. From the payments received, the trustee shall make disbursements to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)] The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| **None** | | | |

B. Total Attorney Fee: $ **1,500.00** ; $ **0.00** paid pre-petition;

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | To be Paid By | Regular Payment to Begin | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee: (a) Allowed secured claims will receive adequate protection from the date of confirmation, or from the bar date if the claim is filed after confirmation, until the debtor's attorney fee is paid in full. At such time as the debtor's attorney fee is paid, the allowed secured claims shall be paid in monthly payments as set forth below.

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Pay-ment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Capital One Auto Finance** | 270.00 | 27,000.00 | 26,000.00 | 0.00 | 2012 Dodge Ram | 5.25 | 724.26 | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **Price Auto** | 350.00 | 0.00 | Pontiac G6 - Daughter's vehicle | paid direct by third party |

IV. Special Provisions: **[]** This is an original plan. **[X]** This is an amended plan replacing plan dated_____. **[X]** This plan proposes to pay unsecured creditors pro-rata % **[ ]** Other provisions: (1) all creditors being paid non-plan direct are hereby granted limited relief to continue to send monthly invoice, statements and payment request to facilitate these monthly maintance payments. (2) Payments by the Trustee-Pursuant to 11 U.S.C. 1326(b), from money received, the trustee shall first pay 507(a)(2) claims, including 503(b) claims then attorney fees of $**1,500.00**. When these costs have been paid, the trustee shall pay the properly filed secured claims, then the properly filed unsecured claims, then any properly filed claims being sub-classed. The remaining monies recieved by the trustee shall then be distributed pro rata to properly filed unsecured claims. (3)ALL SECURED CLAIMS SHALL BE PAID AS NOTED ABOVE OR UNTIL SAID CLAIM IS PAID IN FULL. CLAIMS DISTRIBUTION WILL BE SUBJECT TO MODIFICATION AFTER BAR DATE REVIEW. Debtor will surrender interest in Harley Davidson to creditor. Debtor will surrender interest in Kawasaki Motorcycle to creditor

Dated: **May 17, 2015**          /s/ Jermaine B Jackson
                                                 Signature of Debtor
/s/ Damon Smith                          /s/ Frances A Jackson
Signature of Attorney                Signature of Spouse (if applicable)

**Damon Smith & Associates LLC.**
**126 East Tennessee St.**
**Florence, AL 35630-5623**
**(256) 718-2311**