UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| Jermaine B. Jackson | } | Case No. 15-80150-CRJ-13 |
| SSN: XXX-XX-6147 | } | |
| Frances A. Jackson | } | Chapter 13 |
| SSN: XXX-XX-8637 | } | |
| | } | |
| Debtor(s) | } | |

ORDER

This matter came before the Court on May 18, 2015, for a hearing on the following:

Motion for Relief from Stay on a 2012 HD XL1200C Motorcycle filed by Headwaters Financial Corporation

Proper notice of the hearing was given and appearances were made as noted on the record.

After the Court considered the Motion and arguments of counsel, it found that good cause exists to grant relief from the stay.

It is therefore ORDERED, ADJUDGED and DECREED that:

The Motion for Relief from Stay on a 2012 HD XL1200C Motorcycle filed by Headwaters Financial Corporation is GRANTED. Attorney's fees allowed only pursuant to § 506(b).

ORDERED this the 19th day of May, 2015.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge