IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>Jermaine B Jackson<br>Frances A Jackson<br>SS#: : XXX-XX-6147  XXX-XX-8637<br>DEBTORS | CASE NO. 15-80150-CRJ-13<br><br>CHAPTER 13 |

**AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, Michael Ford, Standing Chapter 13 Trustee, in the above captioned case and states the following:

1. The proposed Plan does not comply with 11 U.S.C. § 1325. The Debtors are proposing to surrender their interest in a 2012 XL 1200C Harley-Davidson Motorcycle with $10,218.43 owed to Headwaters Financial Corporation. The Debtors filed an objection to claim filed by Headwaters Financial Corporation on May 17, 2015 with 30 days negative notice.

2. The plan does not comply with § 1322(a)(3). The proposed Plan does not properly address the secured claim filed by Capital One Auto Finance in the amount of $28,003.22 with 23.53% interest and designated as claim #4 by the Court's Claim Register. The Debtors filed an objection to claim filed by Capital One Auto Finance on May 17, 2015 with 30 days negative notice.

3. The plan does not comply with § 1322(a)(3) in that the Debtors' plan proposes to surrender their interest in a 250 Kawasaki Ninja to 1st Franklin Financial. 1st Franklin Financial filed a secured claim in the amount of $5,701.87 and designated as claim #5 by the Court's Claim Register. The Debtors filed an objection to claim filed by 1st Franklin Financial on May 17, 2015 with 30 days negative notice.

WHEREFORE, the Trustee prays that the Court deny confirmation of the Debtors' plan, and order the Debtors to file an amended plan within 14 days after this confirmation hearing. If the Debtors fail to file an amended plan within 14 days, the Trustee prays the Court enter an order dismissing this Chapter 13 case.

RESPECTFULLY SUBMITTED, this the 22nd day of May 2015.

/s/ Michael Ford
MICHAEL FORD, TRUSTEE
P.O. BOX 2388
DECATUR, AL  35602-2388
(256)350-0442

## CERTIFICATE OF SERVICE

      I, Michael Ford, certify that on the 22nd day of May 2015, a copy of the above and foregoing instrument was served upon the entities as listed below, via U.S. Mail, postage prepaid & properly addressed to:

| | |
|---|---|
| Jermaine B Jackson | DAMON SMITH & ASSOCIATES LLC |
| Frances A Jackson | ATTORNEY AT LAW |
| 135 Fox Fire Drive | 126 E TENNESSEE ST |
| Florence, AL 35630 | FLORENCE, AL 35630 |

                         /s/ Michael Ford
                         Michael Ford, Trustee